[No. 13622-4-I.  Division One.  December 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT SILVA, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-1-00595-3, John F. Wilson, J., entered July 25, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams and Coleman, JJ.

[No. 6225-9-II.  Division Two.  December 27, 1984.]

LORETTA POLLMAR, ET AL, *Appellants,* v. KITSAP COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-2-01304-0, James D. Roper, J., entered February 19, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Hicks, J. Pro Tem.

[No. 6549-5-II.  Division Two.  December 27, 1984.]

THE CITY OF TOLEDO, *Petitioner,* v. MELVIN G. KAYSER, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 6545, Dale M. Nordquist, J., entered August 19, 1982. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.